UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ERNEST WILSON,<br><br>            Plaintiff,<br><br>      v.<br><br>KERN VALLEY STATE PRISON, et al.,<br><br>            Defendants. | No.  1:25-cv-00160-SAB (PC)<br><br>ORDER RESETTING SETTLEMENT CONFERENCE ON FEBRUARY 10, 2026 FROM 9:30 A.M. TO 2:30 P.M.<br><br>(ECF No. 35) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On February 6, 2026, the parties filed a stipulation to reset the settlement conference on February 10, 2026, from 9:30 a.m. to 2:30 p.m.

Upon the parties' stipulation, and for good cause shown, it is HEREBY ORDERED that the settlement conference on February 10, 2026, is reset from 9:30 a.m. to **2:30 p.m.**

IT IS SO ORDERED.

Dated:    **February 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1