UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ERNEST WILSON, | Case No. 1:25-cv-00160-SAB (PC) |
| Plaintiff, | AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE TONY ERNEST WILSON**, CDCR No. AX-3882, **VIA ZOOM VIDEO CONFERENCE** |
| v. | |
| KERN VALLEY STATE PRISON, et al., | |
| Defendants. | DATE: February 10, 2026<br>TIME:  2:30 p.m. |

**Inmate Tony Ernest Wilson, CDCR No. AX-3882**, a necessary and material witness on his behalf in a settlement conference on **February 10, 2026, at 2:30 p.m.**, is confined at the Pelican Bay State Prison, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by Zoom video conference from his present institution before United States Magistrate Judge Barbara A. McAuliffe on February 10, 2026, at 2:30 p.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of the Pelican Bay State Prison:**

**WE COMMAND** you to produce the inmate named above **to appear by Zoom video conference, along with any necessary legal property,** at the time and place above, until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **February 6, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

