UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ERNEST WILSON,<br><br>                 Plaintiff,<br><br>       v.<br><br>KERN VALLEY STATE PRISON, et al.,<br><br>                 Defendants. | No.  1:25-cv-00160-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE TONY ERNEST WILSON, CDCR #AX-3882 |

A settlement conference in this matter commenced on February 10, 2026.  Inmate Tony Ernest Wilson, CDCR #AX-3882, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **February 10, 2026**               /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

1