# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TONY WILSON,

Plaintiff,

v.

RAZO,

Defendant.

Case No. 1:25-cv-0160 SAB

**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**

(ECF No. 48)

The Court conducted a settlement conference in this action on September 24, 2026, at which the parties reached a settlement agreement. The parties will prepare a settlement agreement.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated: **September 24, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE